# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**ANN NICOLE FRASIER**                                                                                          **PLAINTIFF**

**V.**                                              **CASE NO. 5:22-CV-5095**

**COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION**                                                                                                **DEFENDANT**

## JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the decision of the ALJ is **REVERSED** and this case is **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED AND ADJUDGED** on this 1st day of November, 2022.

                                      */s/ Timothy L. Brooks*
                                      TIMOTHY L. BROOKS
                                      UNITED STATES DISTRICT JUDGE